Dean J. WELK; Janet N. Rice; James L. Rice; Ge Vang; Melina Yang; Susan Maryann Amadick; Susan L. Grady; Jacob Yang; Kang T. Yang; Mona R. Horejsh; Stephen Henry Quenroe, Plaintiffs–Appellants.

v.

BANK OF AMERICA, N.A; BAC Home Loans Servicing, LP; Mortgage Electronic Registration Systems, Inc.; MERSCORP, Inc.; Wells Fargo Bank, N.A.; Bank of New York Mellon; Peterson, Fram & Bergman, P.A., Defendants–Appellees.

District of North Dakota.

Wang Xang Xiong; Jua Thao Xiong; Kelly A. Amundson; David L. Gatheridge; Judy K. Gatheridge; Taylor P. Bowers; Carllie K. Bowers; Julia H. Espey; James J. Fisher; Donna Nelson; James J. Sheehan; Gwen E. Lysne; David H. Kaeding; Virginia M. Kaeding; James B. Schelling; Jacki A. Schelling; LuAnn Zaudtke; Milissa O. Tatro; Michelle Lee; Erik T. Rotto; Jessika C. Rotto, Plaintiffs–Appellants.

v.

Bank of America, N.A.; BAC Home Loans Servicing, LP; Mortgage Electronic Registration Systems, Inc.; MERSCORP, Inc.; The Bank of New York Mellon; Federal Home Loan Mortgage Corporation; Peterson, Fram & Bergman, P.A., Defendants–Appellees.

Nos. 12–3219, 12–3592.

United States Court of Appeals, Eighth Circuit.

Submitted: June 17, 2013.

Filed: July 25, 2013.

Before MURPHY, SHEPHERD, and KELLY, Circuit Judges.

PER CURIAM.

In these two similar cases, appellants are homeowners represented by attorney William Butler appealing the dismissal of their claims against their mortgage banks and the denial of their motions to remand to state court. We find no error in either case. *See, e.g., Welk v. Ally Financial, Inc.,* No. 12–3141, 720 F.3d 736, 2013 WL 3491049 (8th Cir. July 15, 2013). Accordingly, we affirm the orders of the district court.[1] *See* 8th Cir. R. 47B.

---

1. The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Tony N. Leung, United States Magistrate Judge for the District of Minnesota (No. 12–3219), and the Honorable Janie S. Mayeron, United States Magistrate Judge for the District of Minnesota (No. 12–3592).